Judge  Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR05-5841FDB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER FOR DISMISSAL |
| ROLF GERHARD EVANS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, by and through David R. Jennings, the Assistant United States Attorney for the Western District of Washington, hereby dismisses the Indictment against ROLF GERHARD EVANS with prejudice.  ROLF GERHARD EVANS died on January 2, 2006, and thus is no longer able to stand trial.  This Order of Dismissal is not intended to serve as a release of any civil liability on the part of the defendant Evans, or his estate.

DATED this 20th day of January, 2006.

_____
FRANKLIN D. BURGESS
United States District Court Judge

Presented by:

s/ David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney

Order for Dismissal
Evans (CR05-5841RDB)— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970